**Charla A. RAYBURN, Plaintiff–Appellant,**

v.

**Russ WEBB, Defendant–Appellee.**

**No. 00–35601.**

**D.C. No. CV–00–00015–JWS.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided April 6, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

## MEMORANDUM [2]

Charla A. Rayburn appeals pro se the district court's dismissal of her action al-

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the

leging violations of the Privacy Act. We have jurisdiction pursuant to 28 U.S.C. § 1291. Upon our de novo review, we affirm the district court. *See Dittman v. State of Cal.*, 191 F.3d 1020, 1026–27 (9th Cir.1999), *cert. denied,* — U.S. —, 120 S.Ct. 2717, 147 L.Ed.2d 982 (2000); *Wilson v. A.H. Belo Corp.*, 87 F.3d 393, 396 (9th Cir.1996).

AFFIRMED.

\* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.